*PLEASANTS* vs. *ROSS.*†

THE petition stated that the defendant, as sheriff, levied an attachment against the goods of one Da-

*Person, entrusted with goods, no witness against the detainer.*

---

† This, and the following case, were omitted in their proper places.

vis, on certain goods of the plaintiff.   To prove
the property,  Davis was offered as a witness,  the
goods having been entrusted to him, to bring them
to New-Orleans and sell them on commission, and
left by him in the store of the person in whose
hands they were attached—but the Court (MAR-
TIN, J. alone) rejected his testimony.